No. 1260, Misc. BENNETT v. ILLINOIS. Circuit Court of Will County, Illinois. Certiorari denied.

No. 1284, Misc. LEIGH v. ANDERSON, JAIL SUPERINTENDENT. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se*. *Chester H. Gray, Milton D. Korman, Hubert B. Pair* and *John R. Hess* for respondent.

No. 1304, Misc. LEIGH v. GARRETT, CHIEF PROBATION OFFICER. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Howard A. Glickstein* for respondent.

No. 1326, Misc. TERRY v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 1340, Misc. EDWARDS v. PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied.

No. 1352, Misc. TUCKER v. MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 1354, Misc. HENDRICKSON v. PENNSYLVANIA STATE BOARD OF PAROLE. Supreme Court of Pennsylvania. Certiorari denied. *Daniel Harrison Greene* for petitioner.

No. 1377, Misc. WOLFE v. NASH, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 1211, Misc. WALDON v. IOWA. Petition for writ of certiorari to the Supreme Court of Iowa and for other relief denied.